**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VIRGIN SCENT, INC.,

        Plaintiff(s),

v.

BT SUPPLIES WEST, INC.,

        Defendant(s).

2:23-cv-00308-JCM-VCF

**ORDER REGARDING April 17, 2023 hearing**

    The court has set an in-person hearing on Defendant's motion to deny and/or set aside and/or strike Plaintiff's "domestication" of foreign judgment or for stay of execution pursuant to 28 U.S.C. § 1963 and NRS 17.330 ET. SEQ. (ECF NO. 2), motion for writ of execution (ECF No. 4), and motion to strike motion for writ (ECF No. 6), for 1:00 PM, April 17, 2023.

    During this hearing counsel should be prepared to address Judge James Browning's analysis 28 U.S.C. Sec. 1963 and the circumstances in which judgments may be registered under this statute. *Monge v. Rojas* 150 F. Supp. 3d (DNM 2015).

    IT IS SO ORDERED.

    DATED this 3rd day of April 2023.

                                                                CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE

1