KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Iron Rock Ventures, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BT SUPPLIES WEST, INC.,<br><br>Defendant. | Case No. 2:23-cv-00308-JMC-VCF<br><br>**STATUS REPORT** |

Iron Rock Ventures, LLC, as holder of Virgin Scent, Inc.'s judgment against BT Supplies West, Inc., files this status report.

1.      Iron Rock Ventures, LLC has obtained the judgment originally obtained by Virgin Scent, Inc. and filed in this case in an effort to enforce the judgment in Nevada.

2.      Kaempfer Crowell was recently retained by Iron Rock Ventures, LLC, as holder of the judgment originally obtained by Virgin Scent, Inc., and a substitution of counsel was filed on October 13, 2023.

3.      From prior briefing, it appears enforcement may have been stayed, in part, because there had been an appeal of the judgment pending in the Ninth Circuit Court of Appeals.  On June 20, 2023, the Circuit Court clerk entered an order, granting the withdraw of counsel for appellant BT Supplies West, Inc. and stating that the case would be dismissed if appellant did not obtain new counsel within 28 days.  The Circuit Court has dismissed the appeal for lack of prosecution. On August 2, 2023, the Circuit Court Clark entered an order dismissing the appeal if appellant did not obtain new cause within 21 days, through August 23, 2023. (Exhibit 1, C.D. Cal. Dkt. 311).  There has been no substitution since then or any other filings in the original or appellate courts.  (Ex. 2, C.D. Cal. docket sheet; Ex. 3, 9th Cir. docket sheet).

4.      Kaempfer Crowell will attend the status conference at 2:00 p.m. on October 16, 2023, before Judge Ferenbach.

Dated: Friday, October 13, 2023                  KAEMPFER CROWELL


                                                                     _/s/ Louis M. Bubala III_
                                                                     Louis M. Bubala III, No. 8974
                                                                     Brittney Lehtinen, No. 15949

                                                                     Attorneys for Iron Rock Ventures, LLC.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case.  I further certify that on Friday, October 13, 2023, the forging **STATUS REPORT** was filed and served as indicated below.

  X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com,
m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

STEVEN B SCOW on behalf of Plaintiff VIRGIN SCENT, INC.,
sscow@kskdlaw.com, andrea@kskdlaw.com, dkoch@kskdlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Friday, October 13, 2023

By: */s/ Courtney L. Droessler*
Courtney Droessler
An Employee of KAEMPFER CROWELL

KAEMPFER
CROWELL

3559862_1.docx  18835.4

1

## INDEX OF EXHIBITS

| Ex. | Description | Pages (cover not included) |
|-----|-------------|----------------------------|
| 1. | Order, C.D. Cal. Dkt. 311 | 2 |
| 2. | C.D. Cal. docket sheet | 50 |
| 3. | 9th Cir. docket sheet | 6 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24