1  KAEMPFER CROWELL
   Louis M. Bubala III, No. 8974
2  50 W. Liberty Street, Suite 700
   Reno, Nevada 89501
3  Telephone: (775) 852-3900
   Facsimile: (775) 327-2011
4  E-Mail: lbubala@kcnvlaw.com

5  KAEMPFER CROWELL
   Brittney Lehtinen, No. 15949
6  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
7  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
8  E-Mail: blehtinen@kcnvlaw.com

9  Attorneys for Iron Rock Ventures, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC., | Case No. 2:23-cv-00308-~~JMC~~-VCF  JCM |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| BT SUPPLIES WEST, INC., | |
| Defendant. | |

Subject to approval by the Court, Iron Rock Ventures, LLC, as holder of Virgin Scent, Inc.'s judgment against BT Supplies West, Inc., substitutes Louis M. Bubala III, Nevada State Bar No. 8974, and Brittney Lehtinen, Nevada State Bar No. 15949, as counsel of record for Plaintiff in place of Steven B. Scow.

Contact information for the new counsel Louis M. Bubala III, Nevada State Bar No. 8974, is as follows:

1 | Firm Name: KAEMPFER CROWELL

2 | Address: 50 W. Liberty Street, Suite 700, Reno, Nevada 89501

3 | Telephone: (775) 852-3900

4 | Facsimile: (775) 327-2011

5 | E-Mail: lbubala@kcnvlaw.com

6 | Contact information for the new counsel Brittney Lehtinen, Nevada State Bar No. 15949, is as follows:

7 | Firm Name: KAEMPFER CROWELL

8 | Address: 1980 Festival Plaza Drive, Suite 650, Las Vegas, Nevada 89135

9 | Telephone: (702) 792-7000

10 | Facsimile: (702) 796-7181

11 | E-Mail: blehtinen@kcnvlaw.com

12 | I consent to the above substitution on behalf of Iron Rock Ventures, LLC.

13 | Dated: Friday, October 13, 2023

IRON ROCK VENTURES, LLC

By: _____
Anthony Scalese

Title: Interim Executive Vice President

17 | I, Steven B. Scow, consent to the above substitution.

18 | Dated: Friday, October 13, 2023

KING SCOW KOCH DURHAM LLC

By: _____
Steven B. Scow, Nev. Bar No. 9906
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052
702-833-1100
Email: sscow@kskdlaw.com

Attorney for Virgin Scent, Inc.

I, Louis M. Bubala III, am duly appointed to practice it the United States District Court for the District of Nevada. I consent and accept the above substation.

Dated: Friday, October 13, 2023

KAEMPFER CROWELL

By: _____
Louis M. Bubala III, Nev. Bar No. 8974

Attorney for Iron Rock Ventures, LLC

I, Brittney Lehtinen, am duly appointed to practice it the United States District Court for the District of Nevada. I consent and accept the above substation.

Dated: Friday, October 13, 2023

KAEMPFER CROWELL

By: _____
Brittney Lehtinen, Nev. Bar No. 15949

Attorney for Iron Rock Ventures, LLC

Please check one: __X__ RETAINED or _____ APPOINTED BY THE COURT.

APPROVED:

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED October 16, 2023