KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Virgin Scent, Inc.,
by its successor in interest,
Iron Rock Ventures, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC.,<br><br>                     Plaintiff,<br><br>vs.<br><br>BT SUPPLIES WEST, INC.,<br><br>                     Defendant. | Case No. 2:23-cv-00308-JCM-VCF<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERSTED PARTIES** |

**Disclosure Statement, Fed. R. Civ. P. 7.1**

A nongovernmental corporate party must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation.

Iron Rock Ventures, LLC ("Iron Rock"), as successor in interest to Virgin Scent, Inc., responds: (A) Iron Rock is not a corporation subject to the rule; (B) If the rule is applicable, there

1   is no such corporation; and (C) If the rule is applicable and requires disclosure of entities other

2   than corporations, Iron Rock's parent is COH 6 Trust.

3   **Certificate of Interested Parties, LR 7.1-1**

4        The undersigned attorney of record for Iron Rock certifies that the following may have a

5   direct, pecuniary interest in the outcome of the case:

6        COH 6 Trust

7        These representations are made to enable judges of the court to evaluate possible

8   disqualifications or recusal.

9    Dated: Wednesday, October 18, 2023          KAEMPFER CROWELL

10
                                           By:   /s/ *Louis M. Bubala III*
11                                               Louis M. Bubala III, No. 8974
                                                 Brittney Lehtinen, No. 15949
12
                                                 Attorneys for Virgin Scent, Inc.,
13                                               by its successor in interest,
                                                 Iron Rock Ventures, LLC.
14

15

16

17

18

19

20

21

22

23

24

KAEMPFER

CROWELL

3560668_1  18835.4                                              Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case.  I further certify that on Wednesday, October 18, 2023, the forgoing **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERSTED PARTIES** was filed and served as indicated below.

  X   **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com, m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

STEVEN B SCOW on behalf of Plaintiff VIRGIN SCENT, INC.,
sscow@kskdlaw.com, andrea@kskdlaw.com, dkoch@kskdlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Wednesday, October 18, 2023

By: */s/ Kylie Milks*
Kylie Milks
An Employee of KAEMPFER CROWELL