UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VIRGIN SCENT, INC.,

    Plaintiff,

BT SUPPLIES WEST, INC.,

    Defendant.

2:23-cv-00308-JCM-VCF

Case Number

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

STATE OF NEVADA    )
                           ) ss.
COUNTY OF Clark    )

I, Brittney A. Lehtinen, hereby state on oath:

1. Judgment for $17,782,000, was entered on 11/16/2022, in the docket of the above entitled Court action in favor of: Virgin Scent, Inc. as Judgment Creditor, and against BT Supplies West, Inc. as Judgment Debtor.

    (IF A REGISTERED JUDGMENT):
    Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which was obtained in Civil Case No. 2:21-cv-00184 In the U.S. District Court for the Central District of California and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:
    $ 778,870.30      1 accrued interest, computed at 4.73 %*

    $ 0.00      accrued costs and fees.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

---

1 This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 0.00                              which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 18,560,870.30            ACTUALLY DUE on this date. Of this total,

$ 17,782,000              is the amount of the original Judgment as entered still remaining due and bearing interest at  4.73  % in the amount of   $ 2,304.35                    PER DAY from this date:

DATED: 10/23/2023

_____
Attorney for Judgment Creditor

SUBSCRIBED and SWORN to before me
this  23rd         day of   October      , 2023         .

_____
NOTARY PUBLIC in and for the County of
Clark                    , State of Nevada.

JENNIFER MARTINEZ
Notary Public, State of Nevada
No. 12-8425-1
My Appt. Exp. April 23, 2026

(SEAL)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VIRGIN SCENT, INC.,

        Plaintiff,

BT SUPPLIES WEST, INC.,

        Defendant.

2:23-cv-00308-JCM-VCF
Case Number

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On November 16, 2022, a Judgment was entered in the docket of the above-entitled Court and action, in favor of Virgin Scent, Inc. as Judgment Creditor, and against BT Supplies West, Inc. as Judgment Debtor, for

| Amount | Description |
|---|---|
| $ 17,782,000.00 | principal, |
| $ 0.00 | attorney fees, |
| $ 0.00 | interest, and |
| $ 0.00 | costs making a total of |
| $ 17,782,000.00 | JUDGMENT AS ENTERED. |

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

| Amount | Description |
|---|---|
| $778,870.30 | accrued interest, and |
| $ 0.00 | accrued costs and fees, making a total of |
| $ 778,870.30 | ACCRUED INTEREST, COSTS AND FEES. |

CREDIT must be given for payments and partial satisfactions in the amount of $ <u>0.00</u> which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ <u>18,560,870.30</u>   ACTUALLY DUE on the date issuance of this writ, of which

$ <u>17,782,000</u> is due on the Judgment as entered, and bears interest at <u>4.73</u> % per annum, in the amount of $ <u>2,304.35</u>   PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution  ⦿ Has   ○ Has Not   been requested. The following named persons have requested such notice of sale:

| NAME | ADDRESS |
|---|---|
| Iron Rock Ventures, LLC<br>c/o Kaempfer Crowell<br>Attn: Brittney A. Lehtinen | 1980 Festival Plaza Dr., Suite 650<br>Las Vegas, Nevada 89135 |

    YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

    Judgment Creditor/Plaintiff will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

    YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

DATED:_____

DEBRA K. KEMPI
Clerk, U.S. District Court

By:_____
Deputy Clerk

# INSTRUCTIONS

## Affidavit and Request for Issuance of Writ of Execution

The attorney will complete **all** information on the Affidavit. Figures with regard to the amount due and owing shall be calculated **through** the date the affidavit is executed by the attorney.

### Writ of Execution

The attorney will complete all information **except** the second blank on Page 2. This figure must be completed by the Clerk on the date of issuance of the Writ. (This procedure will allow the clerk to add in additional interest if the writ is not issued on the same day that the Affidavit is executed.)

    (a)    If the Writ is issued the same day the Affidavit is executed, the figure completed by the Clerk will be the **same figure as the second figure in Paragraph 4 of the Affidavit.**

    (b)    If the writ is issued on a date subsequent to the date the Affidavit is executed, the figure completed by the Clerk will be equal to the second figure in Paragraph 4 of the Affidavit **PLUS** the daily interest accrued since the date of execution of the Affidavit through and including the day of issuance of the Writ by the Clerk.

**EXAMPLE.** The attorney executes an Affidavit on the 15th day of the month indicating the amount actually due is $2,000.00, and the daily rate of interest per day is $5.00. The Writ is not issued by the Clerk until the 18th day of the month. The Clerk will complete the Writ to read:"2,015.00 ACTUALLY DUE, etc.", which represents the $2,000.00 ACTUALLY DUE on the 15th of the month, plus $15.00 (3 days' interest) for the 16th, 17th, and 18th days of the month.

\* \* \* \* \*