**INDEX OF EXHIBITS TO:**
**DEFENDANT'S MOTION TO QUASH WRIT OF EXECUTION**

| **EXHIBIT NO.:** | **DESCRIPTION OF EXHIBIT** |
|---|---|
| Exhibit 1 | Exemplified Central District California Judgment |
| Exhibit 2 | Central District California Action docket (relevant part) |