# EXHIBIT 1
# Exemplified C.D. California Judgment

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Virgin Scent, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-00184-DMG-AS |
| v. | |
| BT Supplies West, Inc. | EXEMPLIFIED CERTIFICATE |
| DEFENDANT(S) | |

I, Kiry K. Gray, Clerk of the United States District Court, Central District of California, do hereby certify that the annexed is a full, true and correct copy of the original JUDGMENT ON THE VERDICT FOR PLAINTIFF in the above entitled case, on file in my office.

WITNESS my hand and seal of said Court this ___4th___ day of ___January 2023___.

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court

By: *Tom Vannithone*
Deputy Clerk   **TOM VANNITHONE**

I hereby certify that the foregoing certificate of the Clerk of the United States District Court, Central District of California, is in due form and that the signature attached hereto is the true signature of the Clerk of said Court.

*January 6, 2023*
Date

*Karen L. Stevenson*
United States Magistrate Judge

I, Kiry K. Gray, Clerk of the United States District Court, Central District of California, do hereby certify that the Honorable ___Karen L. Stevenson___ is, upon the date hereof, a U.S. Magistrate Judge of said Court and that the signature to the above certificate is the true signature of said Magistrate Judge.

WITNESS my hand and seal of said Court this ___4th___ day of ___January 2023___.

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court

By: *Tom Vannithone*
Deputy Clerk   **TOM VANNITHONE**

G-07 (06/22)                               EXEMPLIFIED CERTIFICATE

Exhibit 1_page 0001

Case 2:21-cv-00184-DMG-AS   Document 218   Filed 11/16/22   Page 1 of 1   Page ID #:5300

2:23-ms-00006

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Virgin Scent, Inc., | CASE NUMBER |
| --- | --- |
| PLAINTIFF, v. | CV 21-184-DMG (ASx) |
| BT Supplies West, Inc., DEFENDANT. | JUDGMENT ON THE VERDICT FOR PLAINTIFF |

This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,782,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc.

Clerk, U.S. District Court

Dated: November 16, 2022

By /s/ Kane Tien
Deputy Clerk

cc: *Counsel of record*

CV-49 (05/98)   JUDGMENT ON THE VERDICT FOR PLAINTIFF

Exhibit 1_page 0002