# EXHIBIT 2
# C.D. California Action docket
# (relevant part)

Query    Reports    Utilities    Help    Log Out

ACCO,(ASx),CLOSED,DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:21-cv-00184-DMG-AS

Virgin Scent, Inc. v. BT Supplies West, Inc., et al

Assigned to: Judge Dolly M. Gee

Referred to: Magistrate Judge Alka Sagar

Demand: $9,999,000

Case in other court: Superior Court of the State of California, 20STCV44808

            Ninth CCA, 22-56180

Cause: 28:1441 Notice of Removal - Breach of Contract

Date Filed: 01/08/2021

Date Terminated: 11/16/2022

Jury Demand: Both

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

**Plaintiff**

**Virgin Scent, Inc.**
*a California corporation*
*doing business as*
Art Naturals

represented by **Aryeh L Kaufman**
Law Office of Aryeh Kaufman
5482 Wilshire Boulevard Suite 1907
Los Angeles, CA 90036
323-943-2566
Fax: 213-402-8598
Email: aryeh@akaufmanlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Philip Young**
Chora Young and Manasserian
650 Sierra Madre Villa Ave Suite 304
Pasadena, CA 91107
626-744-1838
Fax: 626-744-3167
Email: paul@cym.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davit Avagyan**
Rushing McCarl LLP
929 McCarthy Court
El Segundo, CA 90245
310-896-5082
Fax: 310-388-6006
Email: davit.avagyan@rushingmccarl.com
*TERMINATED: 02/21/2023*

**John Rushing**
Rushing McCarl LLP
929 McCarthy Court
El Segundo, CA 90245
310-896-5082
Fax: 310-388-6006
Email: info@rushingmccarl.com
*TERMINATED: 02/21/2023*

**Joseph Chora**
Chora Young and Manasserian LLP
650 Sierra Madre Villa Avenue Suite 304
Pasadena, CA 91107
626-744-1838
Fax: 626-744-3167
Email: joseph@cym.law
*ATTORNEY TO BE NOTICED*

Exhibit 2_ page 1

**Ryan McCarl**
Rushing McCarl LLP
929 McCarthy Court
El Segundo, CA 90245
310-896-5082
Fax: 310-388-6006
Email: ryan.mccarl@rushingmccarl.com
*TERMINATED: 02/21/2023*

V.

**Defendant**

**BT Supplies West, Inc.**
*a Nevada corporation*

represented by **Daniel J. Hurteau**
Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207
518-427-2652
Fax: 866-947-0687
Email: dhurteau@nixonpeabody.com
*TERMINATED: 07/11/2023*
*PRO HAC VICE*

**David J. Goldsmith**
Schlam Stone and Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: dgoldsmith@schlamstone.com
*TERMINATED: 07/11/2023*
*PRO HAC VICE*

**Irene Scholl Tatevosyan**
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles, CA 90071
213-629-6000
Fax: 213-629-6001
*TERMINATED: 10/24/2022*

**Jeffrey M. Eilender**
Schlam Stone and Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: jeilender@schlamstone.com
*TERMINATED: 07/11/2023*
*PRO HAC VICE*

**Jonathan Assia**
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles, CA 90071
213-629-6162
Fax: 213-629-6001
Email: jassia@nixonpeabody.com
*TERMINATED: 07/11/2023*

**Joseph G Balice**
Haynes and Boone, LLP
600 Anton Boulevard Suite 700
Costa Mesa, CA 92626
949-202-3042

Exhibit 2_ page 2

Fax: 949-202-3001
Email: joseph.balice@haynesboone.com
*TERMINATED: 05/09/2022*

**Marc E. Hankin**
Hankin Patent Law APC
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90024
310-979-3600
Fax: 310-979-3603
Email: marc@hankinpatentlaw.com
*TERMINATED: 07/11/2023*

**Michael Mushkin**
Mushkin and Coppedge
6070 South Eastern Avenue Suite 270
Las Vegas, NV 89119
702-454-3333
Fax: 702-386-4979
Email: michael@mccnvlaw.com
*TERMINATED: 05/09/2022*
*PRO HAC VICE*

**Samuel L. Butt**
Schlam Stone and Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: sbutt@schlamstone.com
*TERMINATED: 07/11/2023*
*PRO HAC VICE*

**Steven T Gubner**
BG Law LLP
21650 Oxnard Street Suite 500
Woodland Hills, CA 91367
818-827-9000
Email: sgubner@bg.law
*TERMINATED: 05/09/2022*

**Troy B Krich**
Gallagher Krich APC
3033 5th Avenue Suite 222
San Diego, CA 92103
858-927-5797
Fax: 858-435-4369
Email: troy@tomgallagherlaw.com
*TERMINATED: 07/11/2023*

**Defendant**

**Steven Odzer**                          represented by   **Joseph G Balice**
*an individual*                                            (See above for address)
*TERMINATED: 07/15/2022*                                  *TERMINATED: 05/09/2022*
                                                          *LEAD ATTORNEY*

                                                          **Troy B Krich**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Daniel J. Hurteau**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David J. Goldsmith**

Exhibit 2_ page 3

| 11/10/2022 | 195 | REQUEST FOR JUDICIAL NOTICE *of judicial admissions* filed by Plaintiff Virgin Scent, Inc.. (McCarl, Ryan) (Entered: 11/10/2022) |
|---|---|---|
| 11/10/2022 | 199 | MINUTES OF Jury Trial - 2nd Day held before Judge Dolly M. Gee: Witnesses called, sworn and testified. Exhibits identified and admitted. Defendant may file a brief responding to Plaintiffs brief re judicial estoppel by 11/11/2022. Jury Trial continued to 11/14/2022 09:00 AM before Judge Dolly M. Gee. Court Reporter: Suzanne McKennon. (gk) (Entered: 11/15/2022) |
| 11/11/2022 | 196 | RESPONSE filed by Defendant BT Supplies West, Inc. *to the Court's Order to Show Cause Regarding Alleged Judicial Admissions* (Assia, Jonathan) (Entered: 11/11/2022) |
| 11/14/2022 | 198 | MINUTE (IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF JUDICIAL ADMISSIONS 195 by Judge Dolly M. Gee. Virgin Scent may therefore present evidence to the jury regarding BT's purported admissions in its Answer, but the Court will not treat BT's admissions as conclusively establishing the existence of a March order separate from an April order, or hold that BT is estopped from arguing to the jury that there was only a single 10 million mask order. (iv) (Entered: 11/14/2022) |
| 11/14/2022 | 201 | MINUTES OF Jury Trial - 3rd Day held before Judge Dolly M. Gee: Witnesses called, sworn and testified. Exhibits identified and admitted. Plaintiff(s) rest. After Plaintiff rested, Defendants orally moved for judgment as a matter of law under Rule 50(a) ("Motion"). The Court hears argument. The Motion is DENIED for the reasons stated on the record. The Court dismissed Juror No. 4 due to illness. Jury Trial continued to 11/15/2022 09:00 AM before Judge Dolly M. Gee. Court Reporter: Suzanne McKennon. (gk) (Entered: 11/16/2022) |
| 11/15/2022 | 200 | NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: JMOL filed by Plaintiff and Counterdefendant Virgin Scent, Inc.. Motion set for hearing on 11/15/2022 at 05:00 PM before Judge Dolly M. Gee. (Attachments: # 1 Supplement Request for Judicial Notice) (McCarl, Ryan) (Entered: 11/15/2022) |
| 11/15/2022 | 202 | MINUTES OF Jury Trial - 4th Day held before Judge Dolly M. Gee: Witnesses called, sworn and testified. Exhibits identified and admitted. Defendant(s) rest. After Defendant rested, Plaintiff moved for judgment as a matter of law under Rule 50(a) ("Motion") 200 . The Court hears argument. The Motion is DENIED IN PART for the reasons stated on the record. The Court defers ruling on part as reflected in the record. The Court met with counsel re jury instructions and verdict form. Jury Trial continued to 11/16/2022 09:00 AM before Judge Dolly M. Gee. Court Reporter: Suzanne McKennon. (gk) (Entered: 11/17/2022) |
| 11/16/2022 | 203 | MINUTES OF Jury Trial - 5th Day held and completed before Judge Dolly M. Gee: Closing arguments made. Court instructs jury. Bailiff(s) sworn. Jury retires to deliberate. Jury Verdict in favor of plaintiff(s) is read and filed. Polling waived. Filed Witness & Exhibit Lists. Filed jury notes. Filed jury notes. Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. The Court receives jury note nos. 1-3, and meets and confers with counsel as to each. Court Reporter: Suzanne McKennon. (gk) (Entered: 11/17/2022) |
| 11/16/2022 | 204 | PRELIMINARY INSTRUCTIONS (Given) by Judge Dolly M. Gee. (gk) (Entered: 11/17/2022) |
| 11/16/2022 | 205 | JURY INSTRUCTIONS (Given) by Judge Dolly M. Gee. (gk) (Entered: 11/17/2022) |
| 11/16/2022 | 206 | LIST OF EXHIBITS AND WITNESSES at trial. (gk) (Entered: 11/17/2022) |
| 11/16/2022 | 207 | Confirmation of Exhibit Review and Authorization to Submit Exhibits to Jury. (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 208 | REDACTED Jury Note Number 1 filed. (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 209 | UNREDACTED Jury Note Number 1 filed Re: Redacted Jury Note 208 . (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 210 | REDACTED Jury Note Number 2 filed. (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 211 | UNREDACTED Jury Note Number 2 filed Re: Redacted Jury Note 210 . (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 212 | REDACTED Jury Note Number 3 filed. (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 213 | UNREDACTED Jury Note Number 3 filed Re: Redacted Jury Note 212 . (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 214 | VERDICT FORM (Blank). (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 215 | REDACTED VERDICT FORM. (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 216 | UNREDACTED VERDICT FORM Re: Redacted Verdict Form 215 . (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 217 | RECEIPT FOR RELEASE OF EXHIBITS to Counsel Upon Verdict/Judgment at Trial; Pursuant to stipulation of counsel and/or by Order of the Court, all exhibits listed on the joint exhibits list are returned to counsel for respective party(ies). (gk) (Entered: 11/18/2022) |
| 11/16/2022 | 218 | JUDGMENT ON THE VERDICT FOR PLAINTIFF by Judge Dolly M. Gee: IT IS ORDERED AND ADJUDGED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,782,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, |

Exhibit 2_ page 4

| | | |
|---|---|---|
| | | Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc. (MD JS-6, Case Terminated). (gk) (Entered: 11/18/2022) |
| 12/01/2022 | 219 | APPLICATION to the Clerk to Tax Costs against defendant BT Supplies West, Inc. filed by Plaintiff Virgin Scent, Inc.. (Kaufman, Aryeh) (Entered: 12/01/2022) |
| 12/14/2022 | 220 | NOTICE OF MOTION AND MOTION for Relief from Relief from Judgment. filed by Defendant BT Supplies West, Inc.. Motion set for hearing on 1/13/2023 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum Post Trial Motion, # 2 Declaration Odser Declaration ISO Post Trial Motion, # 3 Proposed Order Re Post Trial Motion) (Assia, Jonathan) (Entered: 12/14/2022) |
| 12/14/2022 | 221 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by defendant BT Supplies West, Inc.. Appeal of Judgment, 218 . (Appeal Fee - $505 Fee Paid, Receipt No. ACACDC-34479422.) (Assia, Jonathan) (Entered: 12/14/2022) |
| 12/16/2022 | 222 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 22-56180 assigned to Notice of Appeal to 9th Circuit Court of Appeals 221 as to Defendant BT Supplies West, Inc. (gk) (Entered: 12/16/2022) |
| 12/21/2022 | 223 | [DOCUMENT STRICKEN PER ORDER ON 12/22/2022, SEE DOCKET NO. 226] NOTICE OF LIEN filed by Creditor Grain Processing Corporation. (Peo, Valerie) Modified on 12/22/2022 (gk). (Entered: 12/21/2022) |
| 12/21/2022 | 224 | Notice of Appearance or Withdrawal of Counsel: for attorney Paul Philip Young counsel for Plaintiff Virgin Scent, Inc.. Adding Paul P. Young as counsel of record for Virgin Scent, Inc. for the reason indicated in the G-123 Notice. Filed by Judgment Creditor Virgin Scent, Inc.. (Attorney Paul Philip Young added to party Virgin Scent, Inc. (pty:pla))(Young, Paul) (Entered: 12/21/2022) |
| 12/22/2022 | 225 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice of Lien 223 . The following error(s) was/were found: Local Rule 11-3.8 title page is missing, incomplete, or incorrect. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 12/22/2022) |
| 12/22/2022 | 226 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Copy of Secretary of State (CA) Notice filed 12/21/2022 223 by Judge Dolly M. Gee. The document is stricken. (gk) (Entered: 12/22/2022) |
| 12/22/2022 | 227 | NOTICE OF LIEN filed by Judgment Creditor Grain Processing Corporation. (Peo, Valerie) (Entered: 12/22/2022) |
| 12/22/2022 | 228 | NOTICE of Appearance filed by attorney Troy B Krich on behalf of Defendants BT Supplies West, Inc., Steven Odzer, Counter Claimant BT Supplies West, Inc. (Attorney Troy B Krich added to party BT Supplies West, Inc. (pty:dft), Attorney Troy B Krich added to party BT Supplies West, Inc.(pty:cc), Attorney Troy B Krich added to party Steven Odzer(pty:dft))(Krich, Troy) (Entered: 12/22/2022) |
| 12/22/2022 | 229 | STIPULATION for Extension of Time to File as to NOTICE OF MOTION AND MOTION for Relief from Relief from Judgment. 220 filed by Defendant BT Supplies West, Inc.. (Attachments: # 1 Proposed Order)(Krich, Troy) (Entered: 12/22/2022) |
| 12/22/2022 | 230 | APPLICATION of Non-Resident Attorney Jeffrey M. Eilender to Appear Pro Hac Vice on behalf of Counter Claimants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-34522100) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Proposed Order, # 2 Declaration, # 3 Exhibit Certificate of Good Standing) (Attorney Troy B Krich added to party Ruben Azrak(pty:cc), Attorney Troy B Krich added to party Ruben Azrak(pty:dft), Attorney Troy B Krich added to party Sammy Cohen(pty:dft), Attorney Troy B Krich added to party Sammy Cohen(pty:cc), Attorney Troy B Krich added to party Lifeguard Licensing Corp.(pty:cc), Attorney Troy B Krich added to party Lifeguard Licensing Corp.(pty:dft), Attorney Troy B Krich added to party Steven Odzer(pty:cc)) (Krich, Troy) (Entered: 12/22/2022) |
| 12/22/2022 | 231 | APPLICATION of Non-Resident Attorney Samuel L. Butt to Appear Pro Hac Vice on behalf of Counter Claimants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-34522388) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Proposed Order, # 2 Declaration, # 3 Exhibit Certificate of Good Standing) (Krich, Troy) (Entered: 12/22/2022) |
| 12/28/2022 | 232 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Jeffrey M. Eilender to Appear Pro Hac Vice on behalf of Counter Claimants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, Defendants Ruben Azrak, BT Supplies West, Inc., S 230 , APPLICATION of Non-Resident Attorney Samuel L. Butt to Appear Pro Hac Vice on behalf of |

Exhibit 2_ page 5

| | | |
|---|---|---|
| | | Counter Claimants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, Defendants Ruben Azrak, BT Supplies West, Inc., Sammy 231 . The following error(s) was/were found: Local Rule 5-4.3.4 Application not hand-signed. Local Rule 83-2.1.3.4 Local counsel does not maintain an office within the District. (lt) (Entered: 12/28/2022) |
| 12/28/2022 | 233 | ORDER by Judge Dolly M. Gee: Upon Stipulation 229 , the Court orders as follows: (1) Plaintiff's deadline to file its opposition to BT Supplies' Post-Trial Motions 220 shall be on or before 1/27/2023; (2) BT Supplies' deadline to file its reply shall be on or before 2/24/2023; and (3) The hearing on BT Supplies' Post-Trial Motions is CONTINUED to 3/10/2023 at 09:30 AM before Judge Dolly M. Gee. (gk) (Entered: 12/28/2022) |
| 12/28/2022 | 234 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Application of Non-Resident Attorney to Appear filed 12/22/2022 230 , 231 by Judge Dolly M. Gee. Defendants shall file an amended Application within 14 days of this order. Failure to comply will result in the application being denied and the fees returned by the Clerk. (gk) (Entered: 12/29/2022) |
| 01/09/2023 | 235 | APPLICATION of Non-Resident Attorney Jeffrey M. Eilender to Appear Pro Hac Vice on behalf of Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Previously Paid on 12/22/2022, Receipt No. 34522100) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Exhibit A, Certificate of Good Standing, # 2 Declaration of Jeffrey M. Eilender, # 3 Proposed Order Granting Application to Appear Pro Hac Vice) (Attorney Marc E. Hankin added to party Ruben Azrak(pty:dft), Attorney Marc E. Hankin added to party BT Supplies West, Inc.(pty:dft), Attorney Marc E. Hankin added to party Sammy Cohen(pty:dft), Attorney Marc E. Hankin added to party Lifeguard Licensing Corp.(pty:dft), Attorney Marc E. Hankin added to party Steven Odzer(pty:dft)) (Hankin, Marc) (Entered: 01/09/2023) |
| 01/09/2023 | 236 | APPLICATION of Non-Resident Attorney Samuel L. Butt to Appear Pro Hac Vice on behalf of Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Previously Paid on 12/22/2022, Receipt No. 34522388) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Exhibit A, Certificate of Good Standing, # 2 Declaration of Samuel L. Butt, # 3 Proposed Order Granting Application to Appear Pro Hac Vice) (Hankin, Marc) (Entered: 01/09/2023) |
| 01/09/2023 | 237 | APPLICATION of Non-Resident Attorney David J. Goldsmith to Appear Pro Hac Vice on behalf of Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-34588048) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Exhibit A, Certificates of Good Standing, # 2 Declaration of David J. Goldsmith, # 3 Proposed Order Granting Application to Appear Pro Hac Vice) (Hankin, Marc) (Entered: 01/09/2023) |
| 01/10/2023 | 238 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney David J. Goldsmith to Appear Pro Hac Vice on behalf of Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC 237 . The following error(s) was/were found: Proposed Order has not been flattened and is causing a corruption with the filing. (lt) (Entered: 01/10/2023) |
| 01/10/2023 | 239 | APPLICATION of Non-Resident Attorney David J. Goldsmith to Appear Pro Hac Vice on behalf of Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer (Pro Hac Vice Fee - $500 Previously Paid on 1/9/2023, Receipt No. 34588048) filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Declaration of David J. Goldsmith, # 2 Proposed Order Granting Application to Appear Pro Hac Vice, # 3 Exhibit A, Certificates of Good Standing) (Hankin, Marc) (Entered: 01/10/2023) |
| 01/12/2023 | 240 | ORDER by Judge Dolly M. Gee Granting Application of Non-Resident Attorney Jeffrey M. Eilender to Appear Pro Hac Vice on behalf of Defendants BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Rubin Azrak and Sammy Cohen, designating Marc E. Hankin as local counsel 230 , 235 . (gk) (Entered: 01/12/2023) |
| 01/12/2023 | 241 | ORDER by Judge Dolly M. Gee Granting Application of Non-Resident Attorney Samuel L. Butt to Appear Pro Hac Vice on behalf of Defendants BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Rubin Azrak and Sammy Cohen, designating Marc E. Hankin as local counsel 231 , 236 . (gk) (Entered: 01/12/2023) |
| 01/12/2023 | 242 | ORDER by Judge Dolly M. Gee Granting Application of Non-Resident Attorney David J. Goldsmith to Appear Pro Hac Vice on behalf of Defendants BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Rubin Azrak and Sammy Cohen, designating Marc E. Hankin as local counsel 237 , 239 . (gk) (Entered: 01/12/2023) |
| 01/17/2023 | 243 | [DOCUMENT STRICKEN PER ORDER ON 1/17/2023, SEE DOCKET NO. 245] REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT Receipt No: ACACDC-34628954 - Fee: $49, filed by Judgment Creditor Virgin Scent, Inc.. (Attachments: # 1 Exemplified Certificate, # 2 Judgment on the Verdict for Plaintiff) (Young, Paul) Modified on 1/20/2023 (gk). (Entered: 01/17/2023) |

Exhibit 2_ page 6

| 01/19/2023 | 244 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: MISC - Registration of Judgment from Another District (AO-451) 243 . The following error(s) was/were found: The documents should be submitted traditionally to Civil Intake along with a $11 filing fee, rather than electronically, Local Rule 5-4.2. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 01/19/2023) |
| 01/20/2023 | 245 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Plaintiff's Certification of a Judgment filed 1/17/2023 243 by Judge Dolly M. Gee. The document is stricken. (gk) (Entered: 01/20/2023) |
| 01/23/2023 | 246 | BILL OF COSTS. Costs Taxed in amount of $9,643.33 in favor of Plaintiff, Virgin Scent, Inc. and against BT Supplies West, Inc. 219 (rmo) (Entered: 01/23/2023) |
| 01/27/2023 | 247 | OPPOSITION re: NOTICE OF MOTION AND MOTION for Relief from Relief from Judgment. 220 filed by Plaintiff Virgin Scent, Inc., Counter Defendant Virgin Scent, Inc.. (Kaufman, Aryeh) (Entered: 01/27/2023) |
| 02/17/2023 | 248 | STIPULATION to Continue Hearing Date from March 10, 2023 to March 17, 2023 Re: Order,, Set/Reset Motion Hearing and R&R Deadlines, 233 filed by Defendant BT Supplies West, Inc.. (Attachments: # 1 Proposed Order) (Krich, Troy) (Entered: 02/17/2023) |
| 02/17/2023 | 249 | REQUEST of Rushing McCarl LLP (Ryan McCarl, John Rushing, Davit Avagyan) to Withdraw as Attorney filed by Plaintiff and Counterdefendant Virgin Scent, Inc.. (McCarl, Ryan) (Entered: 02/17/2023) |
| 02/21/2023 | 250 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: REQUEST of Rushing McCarl LLP (Ryan McCarl, John Rushing, Davit Avagyan) to Withdraw as Attorney 249 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 02/21/2023) |
| 02/21/2023 | 251 | ORDER by Judge Dolly M. Gee Granting Request for Approval of Substitution of Attorney Paul Philip Young for Plaintiff Virgin Scent, Inc. in place of Attorneys Ryan McCarl, John Rushing, Davit Avagyan 249 . (gk) (Entered: 02/22/2023) |
| 02/22/2023 | 252 | ORDER by Judge Dolly M. Gee, Re: Stipulation 248 . The hearing on BT Supplies' Post-Trial Motions is continued to 3/24/2023 at 9:30 AM before Judge Dolly M. Gee. (vdr) (Entered: 02/22/2023) |
| 02/24/2023 | 253 | REPLY in Further Support NOTICE OF MOTION AND MOTION for Relief from Relief from Judgment. 220 filed by Defendant BT Supplies West, Inc.. (Attachments: # 1 Declaration Declaration of Steven Odzer)(Krich, Troy) (Entered: 02/24/2023) |
| 03/13/2023 | 254 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 221 filed by BT Supplies West, Inc.. CCA # 22-56180. The notice of appeal is ineffective until entry of the order disposing of the last such motion outstanding. See Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motions. Within 7 days after the district courts ruling on the pending motions, appellant shall notify this court in writing of the ruling and shall advise whetherappellant intends to prosecute this appeal. To appeal the district courts ruling on the post-judgment motions, appellant must file an amended notice of appeal within the time prescribed by Federal Ruleof Appellate Procedure 4. The (9th CCA) Clerk will serve this order on the district court. (mat) (Entered: 03/14/2023) |
| 03/23/2023 | 255 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee: The Court finds that Defendant BT Supplies West, Inc.'s Post Trial Motions 220 presently scheduled for hearing on March 24, 2023, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 03/23/2023) |
| 03/31/2023 | 256 | Notice of Appearance or Withdrawal of Counsel: for attorney Joseph Chora counsel for Plaintiff Virgin Scent, Inc.. Adding Joseph Chora as counsel of record for Virgin Scent, Inc. for the reason indicated in the G-123 Notice. Filed by Judgment Creditor Virgin Scent, Inc.. (Attorney Joseph Chora added to party Virgin Scent, Inc.(pty:pla)) (Chora, Joseph) (Entered: 03/31/2023) |
| 03/31/2023 | 257 | EX PARTE APPLICATION for Order for Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada filed by Judgment Creditor Virgin Scent, Inc.. (Attachments: # 1 Declaration Declaration of Joseph Chora in Support of Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada, # 2 Exhibit Request for Judicial Notice in Support of Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada, # 3 Proposed Order [Proposed] Order Granting Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada) (Chora, Joseph) (Entered: 03/31/2023) |
| 04/03/2023 | 258 | MEMORANDUM in Opposition to EX PARTE APPLICATION for Order for Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada 257 filed by Defendant BT Supplies West, Inc., |

Exhibit 2_ page 7

| | | Counter Claimant BT Supplies West, Inc.. (Attachments: # 1 Declaration of Steven Odzer)(Krich, Troy) (Entered: 04/03/2023) |
|---|---|---|
| 04/04/2023 | 259 | NOTICE OF MOTION AND MOTION to Quash Subpoenas filed by Defendant BT Supplies West, Inc.. Motion set for hearing on 5/19/2023 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Declaration Declaration of Troy B. Krich, # 2 Exhibit Declaration Exhibit pages 1-21, # 3 Declaration Exhibit pages 22-51, # 4 Declaration Exhibit pages 52-81, # 5 Declaration Exhibit pages 82-101, # 6 Declaration Exhibit pages 102-114, # 7 Proposed Order) (Krich, Troy) (Entered: 04/04/2023) |
| 04/05/2023 | 260 | TRANSCRIPT for Trial Day 1 held on 11/09/22; 8:48 a.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/26/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (McKennon, Suzanne) (Entered: 04/05/2023) |
| 04/05/2023 | 261 | TRANSCRIPT for Trial Day 2 held on 11/10/22; 8:55 a.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/26/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (McKennon, Suzanne) (Entered: 04/05/2023) |
| 04/05/2023 | 262 | TRANSCRIPT for Trial Day 3 held on 11/14/22; 9:08 a.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/26/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (McKennon, Suzanne) (Entered: 04/05/2023) |
| 04/05/2023 | 263 | TRANSCRIPT for Trial Day 4 held on 11/15/22; 9:07 a.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/26/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (McKennon, Suzanne) (Entered: 04/05/2023) |
| 04/05/2023 | 264 | TRANSCRIPT for Trial Day 5 held on 11/16/22; 8:29 a.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/26/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (McKennon, Suzanne) (Entered: 04/05/2023) |
| 04/05/2023 | 265 | NOTICE OF FILING TRANSCRIPTS filed for proceedings 11/09/22, 11/10/22, 11/14/22, 11/15/22, and 11/16/22 re Transcript 260 , 261 , 262 , 263 , 264 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (McKennon, Suzanne) TEXT ONLY ENTRY (Entered: 04/05/2023) |
| 04/05/2023 | 266 | NOTICE OF LIEN filed by interested non-party Rushing McCarl LLP. (Attachments: # 1 Exhibit Redacted CSA) (Avagyan, Davit) (Entered: 04/05/2023) |
| 04/05/2023 | 267 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee. The Court hereby refers Defendant BT Supplies West, Inc.'s Motion to Quash Plaintiff Virgin Scent, Inc.'s Subpoenas 259 to Magistrate Judge Alka Sagar for adjudication. The May 19, 2023 hearing before Judge Gee is VACATED. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 04/05/2023) |
| 04/05/2023 | 268 | ORDER DENYING EX PARTE APPLICATION FOR ORDER GRANTING LEAVE TO REGISTER JUDGMENT IN THE DISTRICT OF NEVADA 257 by Judge Dolly M. Gee. The Application is DENIED, without prejudice to refiling as a regular noticed motion consistent with the Local Rules. IT IS SO ORDERED. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm) (Entered: 04/05/2023) |
| 04/06/2023 | 269 | MINUTES (In Chambers): Order Re: Defendant BT Supplies West, Inc.'s Motion to Quash Plaintiff Virgin Scent, Inc.'s Subpoenas (Dkt. No. 259) by Magistrate Judge Alka Sagar: Plaintiff is ORDERED to file a Response to the motion to quash no later than April 20, 2023. Defendant may file an optional reply no later than one week after the filing of Plaintiff's response. A hearing is placed on calendar for May 4, 2023 at 10:00 a.m. before United States Magistrate Judge Alka Sagar. (et) (Entered: 04/06/2023) |
| 04/11/2023 | 270 | SCHEDULING NOTICE by Magistrate Judge Alka Sagar. COUNSEL OF RECORD ARE HEREBY NOTIFIED, the hearing on the NOTICE OF MOTION AND MOTION to Quash Subpoenas (Docket Nos. 259 & 269 ), will be heard via teleconference. A call-in number and password will be e-mailed to the parties. IT IS SO ORDERED. |

Exhibit 2_ page 8

| | | |
|---|---|---|
| | | THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (afe) TEXT ONLY ENTRY (Entered: 04/11/2023) |
| 04/20/2023 | 271 | JUDGMENT CREDITOR VIRGIN SCENT, INC.'S OPPOSITION TO JUDGMENT DEBTOR BT SUPPLIES WEST, INC.'S MOTION TO QUASH SUBPOENAS Opposition to re: NOTICE OF MOTION AND MOTION to Quash Subpoenas 259 filed by Plaintiff Virgin Scent, Inc.. (Attachments: # 1 Declaration DECLARATION OF PAUL P. YOUNG IN SUPPORT OF JUDGMENT CREDITOR VIRGIN SCENT, INC.'S OPPOSITION TO JUDGMENT DEBTOR BT SUPPLIES WEST, INC.'S MOTION TO QUASH SUBPOENAS, # 2 Exhibit EXHIBIT A TO DECLARATION OF PAUL P. YOUNG, # 3 Exhibit EXHIBIT B TO DECLARATION OF PAUL P. YOUNG, # 4 Exhibit EXHIBIT C TO DECLARATION OF PAUL P. YOUNG, # 5 Exhibit EXHIBIT D TO DECLARATION OF PAUL P. YOUNG, # 6 Exhibit EXHIBIT E TO DECLARATION OF PAUL P. YOUNG, # 7 Exhibit EXHIBIT F TO DECLARATION OF PAUL P. YOUNG, # 8 Exhibit EXHIBIT G TO DECLARATION OF PAUL P. YOUNG, # 9 Exhibit EXHIBIT H TO DECLARATION OF PAUL P. YOUNG, # 10 Exhibit EXHIBIT I TO DECLARATION OF PAUL P. YOUNG, # 11 Exhibit EXHIBIT J TO DECLARATION OF PAUL P. YOUNG, # 12 Exhibit EXHIBIT K TO DECLARATION OF PAUL P. YOUNG, # 13 Exhibit EXHIBIT L TO DECLARATION OF PAUL P. YOUNG, # 14 Exhibit EXHIBIT M TO DECLARATION OF PAUL P. YOUNG, # 15 Exhibit EXHIBIT N TO DECLARATION OF PAUL P. YOUNG, # 16 Exhibit EXHIBIT O TO DECLARATION OF PAUL P. YOUNG, # 17 Exhibit EXHIBIT P TO DECLARATION OF PAUL P. YOUNG, # 18 Exhibit EXHIBIT Q TO DECLARATION OF PAUL P. YOUNG, # 19 Exhibit EXHIBIT R TO DECLARATION OF PAUL P. YOUNG, # 20 Exhibit EXHIBIT S TO DECLARATION OF PAUL P. YOUNG, # 21 Exhibit EXHIBIT T TO DECLARATION OF PAUL P. YOUNG, # 22 Exhibit EXHIBIT U TO DECLARATION OF PAUL P. YOUNG, # 23 Exhibit EXHIBIT V TO DECLARATION OF PAUL P. YOUNG, # 24 Exhibit EXHIBIT W TO DECLARATION OF PAUL P. YOUNG, # 25 Declaration DECLARATION OF JOSEPH CHORA IN SUPPORT OF JUDGMENT CREDITOR VIRGIN SCENT, INC.'S OPPOSITION TO JUDGMENT DEBTOR BT SUPPLIES WEST, INC.'S MOTION TO QUASH SUBPOENAS, # 26 Exhibit EXHIBIT A TO DECLARATION OF JOSEPH CHORA, # 27 Exhibit EXHIBIT B TO DECLARATION OF JOSEPH CHORA, # 28 REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JUDGMENT CREDITOR VIRGIN SCENT, INC.'S OPPOSITION TO JUDGMENT DEBTOR BT SUPPLIES WEST, INC.'S MOTION TO QUASH SUBPOENAS, # 29 Exhibit EXHIBIT 1 TO REQUEST FOR JUDICIAL NOTICE, # 30 Exhibit EXHIBIT 2 TO REQUEST FOR JUDICIAL NOTICE)(Young, Paul) (Entered: 04/20/2023) |
| 04/21/2023 | 272 | NOTICE OF MOTION AND MOTION for Order for Finding Good Cause to Permit Registration of Judgment in the District of Nevada Virgin Scent, Inc.. Motion set for hearing on 5/26/2023 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum of Points & Authorities, # 2 Declaration of Joseph Chora, # 3 Exhibit A to Declaration of Joseph Chora, # 4 Exhibit B to Declaration of Joseph Chora, # 5 Exhibit C to Declaration of Joseph Chora, # 6 Exhibit D to Declaration of Joseph Chora, # 7 Exhibit E to Declaration of Joseph Chora, # 8 Exhibit F to Declaration of Joseph Chora, # 9 Exhibit G to Declaration of Joseph Chora, # 10 Exhibit H to Declaration of Joseph Chora, # 11 Proposed Order) (Chora, Joseph) (Entered: 04/21/2023) |
| 04/21/2023 | 273 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION for Order for Finding Good Cause to Permit Registration of Judgment in the District of Nevada 272 filed by Plaintiff Virgin Scent, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Chora, Joseph) (Entered: 04/21/2023) |
| 04/27/2023 | 274 | REPLY *TO PLAINTIFF VIRGIN SCENT, INC.'S OPPOSITION TO MOTION TO QUASH SUBPOENAS* filed by Defendant BT Supplies West, Inc.. (Krich, Troy) (Entered: 04/27/2023) |
| 05/05/2023 | 275 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Order for Finding Good Cause to Permit Registration of Judgment in the District of Nevada 272 filed by Defendant BT Supplies West, Inc., Counter Claimant BT Supplies West, Inc.. (Krich, Troy) (Entered: 05/05/2023) |
| 05/05/2023 | 276 | DECLARATION of Steven Odzer in opposition to NOTICE OF MOTION AND MOTION for Order for Finding Good Cause to Permit Registration of Judgment in the District of Nevada 272 filed by Defendant BT Supplies West, Inc., Counter Claimant BT Supplies West, Inc.. (Krich, Troy) (Entered: 05/05/2023) |
| 05/05/2023 | 277 | MINUTES (In Chambers): Order Denying Defendant BT Supplies West, Inc.'s Motion to Quash Plaintiff Virgin Scent, Inc.'s Subpoenas denying 259 Motion to Quash; held before Magistrate Judge Alka Sagar. Defendant's motion to quash is DENIED. Defendant's request to narrow the scope of the subpoenas to records from 2020 to present is DENIED. (see document for further details) Court Recorder: CS 05/04/23. (hr) (Entered: 05/05/2023) |
| 05/12/2023 | 278 | REPLY Reply NOTICE OF MOTION AND MOTION for Order for Finding Good Cause to Permit Registration of Judgment in the District of Nevada 272 filed by Plaintiff Virgin Scent, Inc.. (Attachments: # 1 Declaration of Chris E. Issagholian, # 2 Supplement Declaration of Joseph Chora, # 3 Exhibit I to Supplemental Declaration of Joseph Chora, # 4 Exhibit J to Supplemental Declaration of Joseph Chora)(Chora, Joseph) (Entered: 05/12/2023) |
| 05/16/2023 | 279 | MINUTES IN CHAMBERS - ORDER RE POST-TRIAL MOTIONS 220 by Judge Dolly M. Gee. In light of the foregoing, the Court GRANTS BT Supplies' motion to amend the judgment 220 , insofar as the jury's mitigation of damages findings was clearly an error. The judgment shall therefore be reduced from $17,782,000 to |

Exhibit 2_ page 9

| | | |
|---|---|---|
| | | $17,620,000. BT Supplies' motion is otherwise DENIED. The Court will issue an amended judgment. (lom) (Entered: 05/16/2023) |
| 05/16/2023 | 280 | AMENDED JUDGMENT 279 by Judge Dolly M. Gee. Pursuant to the Court's Order granting in part Defendant Virgin Scent, Inc.'s motion to amend the judgment [Doc. # 279], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,620,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc. (lom) (Entered: 05/16/2023) |
| 05/25/2023 | 281 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee: The Court finds that Plaintiff's Motion for Order Finding Good Cause to Permit Registration of Judgment in the District of Nevada 272 set for hearing on May 26, 2023, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 05/25/2023) |
| 05/25/2023 | 282 | NOTICE OF MOTION AND MOTION to AMEND Judgment,, 280 *Under Rule 59(e) to Add Prejudgment Interest* filed by Plaintiff Virgin Scent, Inc.. Motion set for hearing on 6/23/2023 at 09:30 AM before Judge Dolly M. Gee. (Kaufman, Aryeh) (Entered: 05/25/2023) |
| 05/26/2023 | 283 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to AMEND Judgment,, 280 *Under Rule 59(e) to Add Prejudgment Interest* 282 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 05/26/2023) |
| 06/02/2023 | 284 | First AMENDED NOTICE OF APPEAL to 9th CIRCUIT filed by Defendant and Counterclaimant BT Supplies West, Inc.. Amending Notice of Appeal to 9th Circuit Court of Appeals 221 Filed On: 12/14/2022; Entered On: 12/16/2022; (Krich, Troy) (Entered: 06/02/2023) |
| 06/05/2023 | 285 | NOTICE OF MOTION AND MOTION of Gallgher Krich APC and Schlam Stone & Dolan LLP to Withdraw as Attorney filed by Defendant and Counterclaimant BT Supplies West, Inc.. Motion set for hearing on 6/30/2023 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Declaration Declaration of J. Eilender, # 2 Exhibit A, # 3 Declaration Declaration of T. Krich) (Krich, Troy) (Entered: 06/05/2023) |
| 06/06/2023 | 286 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION of Gallgher Krich APC and Schlam Stone & Dolan LLP to Withdraw as Attorney 285 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. Hearing information is missing, incorrect, or untimely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 06/06/2023) |
| 06/07/2023 | 287 | MINUTE ORDER [IN CHAMBERS] ORDER RE MOTION TO WITHDRAW 285 by Judge Dolly M. Gee. No later than June 16, 2023, defense counsel who filed this motion shall file (1) a proof of service indicating service of this Order and the motion for withdrawal on all Defendants and counsel of record and (2) a declaration regarding the status of compliance with this Order and clarifying whether other counsel of record remain counsel for Defendants. The request of the attorneys who are moving for withdrawal to appear remotely is GRANTED, any other person wishing to appear remotely must request Court permission to do so. See minute order for details. (lom) (Entered: 06/08/2023) |
| 06/13/2023 | 288 | PROOF OF SERVICE filed by Defendant Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, re Minutes of In Chambers Order/Directive - no proceeding held,, 287 served on Order, dated June 7, 2023, and the Motion for Withdrawal. (Krich, Troy) (Entered: 06/13/2023) |
| 06/13/2023 | 289 | DECLARATION of Jeffrey M. Eilender in Support of NOTICE OF MOTION AND MOTION of Gallgher Krich APC and Schlam Stone & Dolan LLP to Withdraw as Attorney 285 filed by Defendants Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer. (Attachments: # 1 Exhibit)(Krich, Troy) (Entered: 06/13/2023) |
| 06/20/2023 | 290 | MINUTES OF IN CHAMBERS - SUPPLEMENTAL EVIDENCE RE PLAINTIFF'S MOTION TO REGISTER JUDGMENT IN THE DISTRICT OF NEVADA by Judge Dolly M. Gee: Pending is Plaintiff's motion to register judgment in the District of Nevada 272 . Because certain declarations were provided in support of Plaintiff's Reply, the Court gives Defendant an opportunity to submit evidence providing relevant information in response to Plaintiff's Reply briefing. Specifically, Defendant may submit evidence in response to Plaintiff's declaration asserting that BT Supplies does not have a warehouse in the Central District. Plaintiff may submit supplemental evidence it has received, if any, as a result of its subpoenas to Defendant's banks or other discovery. Supplemental declarations, if any, shall be filed by 6/27/2023. Court Reporter: Not Reported. (gk) (Entered: 06/20/2023) |

Exhibit 2_ page 10

| | | |
|---|---|---|
| 06/20/2023 | 292 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 221 filed by BT Supplies West, Inc.. CCA # 22-56180. The motion by Jeffrey M. Eilender and David J. Goldsmith to withdraw as retained counsel for appellant (Docket Entry No. 12) is granted. The (9th CCA) Clerk will amend the docket to reflect the following address for appellant: BT Supplies West, Inc., 60-15 Little Neck Parkway, Little Neck, NY 11362. Within 7 days after the date of this order, attorneys Eilender and Goldsmith must file proof of service of this order on BT Supplies West, Inc. Failure to comply with this order will result in the automatic dismissal of this appeal by the (9th CCA) Clerk for failure to prosecute. To challenge the district court's ruling on the motion, appellant must file an amended notice of appeal within the time set by Federal Rule of Appellate Procedure 4. The (9th CCA) Clerk will serve this order on the district court. (See document for more details.)(mat) (Entered: 06/21/2023) |
| 06/21/2023 | 291 | MINUTES (IN CHAMBERS) REQUEST FOR DEFENDANTS TO CLARIFY REPRESENTATION by Judge Dolly M. Gee: On 6/7/2023, the Court issued an Order 287 regarding a motion to withdraw filed by attorneys from Gallagher Krich APC and Schlam Stone and Dolan LLP 285 . On 6/13/2023, attorney Jeffrey Eilender of Schlam Stone & Dolan filed a declaration stating, inter alia, that "[n]o other counsel will remain as counsel of record for Defendants upon the withdrawal" of the movants. As the Court previously explained, Daniel J. Hurteau and Jonathan Assia of Nixon Peabody LLC remain counsel of record in this action because they have not formally moved to withdraw or been substituted out in accordance with the Court's rules. BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Sammy Cohen, and Ruben Azrak shall clarify by 6/23/2023 the status of their representation and specifically whether they continue to be represented by Attorneys Hurteau and Assia of Nixon Peabody LLC. Court Reporter: Not Reported. (gk) (Entered: 06/21/2023) |
| 06/22/2023 | 293 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee: The Court finds that Plaintiff's Motion to Amend Judgment Under Rule 59(e) 282 set for hearing on June 23, 2023, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 06/22/2023) |
| 06/26/2023 | 294 | *Letter Dated 6-26-2023 Re Docket Entry No 291 re: Minutes of In Chambers Order/Directive - no proceeding held,,,, 291 (Assia, Jonathan) (Entered: 06/26/2023) |
| 06/27/2023 | 295 | DECLARATION of Steven Odzer in opposition to EX PARTE APPLICATION for Order for Ex Parte Application for Order Granting Leave to Register Judgment in the District of Nevada 257 filed by Defendant BT Supplies West, Inc.. (Krich, Troy) (Entered: 06/27/2023) |
| 06/27/2023 | 296 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee. Because all defendants but BT Supplies West, Inc. have been terminated from this action, no other defendant besides the corporate representative for BT Supplies West, Inc. need appear at the June 30, 2023 hearing on defense counsel's motion to withdraw. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 06/27/2023) |
| 06/28/2023 | 297 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Miscellaneous Document 294 . The following error(s) was/were found: Local Rule 83-2.5 no letters to the Judge. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 06/28/2023) |
| 06/28/2023 | 298 | MINUTES (IN CHAMBERS) ORDER RE RESPONSE TO REQUEST FOR CLARIFICATION OF REPRESENTATION by Judge Dolly M. Gee: In response to the Court's June 21 Order 291 , on 6/26/2023, Mr. Assia wrote the Court a letter stating that neither he nor his firm represent BT Supplies in this action, at this time 294 . See Local Rule 83-2.5 (no letters to the Judge). Although Mr. Assia claims this is his "understanding" based on Schlam Stone & Dolan "substitut[ing]" as counsel, Mr. Assia points to no motion or notice on file with the Court formalizing his understanding, nor is the Court aware of any such filing. As such, unless attorneys for Nixon Peabody LLC file a proper motion to withdraw in accordance with the Court's Local Rules and obtain permission to withdraw before the 6/30/2023 hearing, their appearance at the hearing is required. Mr. Assia indicates that he wishes to appear remotely, if his attendance is required. The Court GRANTS permission for Mr. Assia to appear at the June 30 hearing remotely. Court Reporter: Not Reported. (gk) (Entered: 06/28/2023) |
| 06/29/2023 | 299 | NOTICE OF MOTION AND MOTION for Order for to Withdraw as Counsel *of Record Nixon Peabody LLP* filed by Defendant BT Supplies West, Inc.. Motion set for hearing on 8/4/2023 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Declaration, # 2 Proposed Order) (Assia, Jonathan) (Entered: 06/29/2023) |
| 06/30/2023 | 300 | MINUTES (IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR ORDER FINDING GOOD CAUSE TO PERMIT REGISTRATION OF JUDGMENT IN THE DISTRICT OF NEVADA 272 by Judge Dolly M. Gee: In light of the foregoing, the Court DENIES Virgin Scent's motion, without prejudice to renewal if Virgin Scent uncovers additional evidence regarding BT Supplies' assets. IT IS SO ORDERED. (See order for details.) (kti) (Entered: 06/30/2023) |

Exhibit 2_ page 11

| 06/30/2023 | 301 | MINUTES (IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO AMEND THE AMENDED JUDGMENT 282 by Judge Dolly M. Gee: For the reasons set forth herein, the Court GRANTS in part and DENIES in part Virgin Scents motion. The Court corrects, nunc pro tunc, the Amended Judgment to correctly identify BT Supplies West, Inc. as Defendant. [See Doc. # 280.] An amended judgment will issue. IT IS SO ORDERED. (See order for details.) (kti) (Entered: 06/30/2023) |
|---|---|---|
| 06/30/2023 | 302 | SECOND AMENDED JUDGMENT 280 by Judge Dolly M. Gee: Pursuant to the Court's Order, filed 6/30/2023, granting in part Plaintiff Virgin Scent, Inc.'s motion to amend the judgment 282 , IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,620,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc. (gk) (Entered: 06/30/2023) |
| 06/30/2023 | 303 | MINUTES OF Motion Hearing held before Judge Dolly M. Gee RE: Gallgher Krich APC and Schlam Stone & Dolan LLP's Motion to Withdraw as Counsel of Record for BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Rubin Azrak, and Sammy Cohen 285 . There is no appearance by or on behalf of Defendant BT Supplies West, Inc. The hearing is continued to 7/7/2023 at 10:30 AM before Judge Dolly M. Gee. If counsel previously requested a videoconference or telephonic appearance, they do not have to submit another request for the 7/7/2023 hearing. Court Reporter: Amy Diaz. (gk) (Entered: 07/03/2023) |
| 07/05/2023 | 304 | [DOCUMENT STRICKEN PER ORDER ON 7/10/2023, SEE DOCKET NO. 309] REQUEST TO WITHDRAW ATTORNEY Paul P. Young as counsel of record filed by Judgment Creditor Virgin Scent, Inc.. (Attachments: # 1 Proposed Order on Request for Approval of Substitution or Withdrawal of Attorney) (Young, Paul) Modified on 7/10/2023 (gk). (Entered: 07/05/2023) |
| 07/07/2023 | 305 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: REQUEST TO WITHDRAW ATTORNEY Paul P. Young as counsel of record 304 . The following error(s) was/were found: Lacking signature of plaintiff's representative. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 07/07/2023) |
| 07/07/2023 | 306 | MINUTES OF Motion Hearing held before Judge Dolly M. Gee RE: Gallagher Krich APC and Schlam Stone and Dolan, LLP's Motion to Withdraw as Counsel of Record for BT Supplies West, Inc., Steven Odzer, Lifeguard Licensing Corp., Rubin Azrak, and Sammy Cohen 285 ; Nixon Peabody LLP's Motion for an Order Permitting Withdrawal as Counsel of Record for BT Supplies West, Inc. 299 . The hearing is held via videoconference. For the reasons stated on the record, the Court hereby GRANTS the above-entitled motions. A written order will issue. The hearing on 8/4/2023 is VACATED. Defense Counsel shall serve a copy of this Order on Defendant and thereafter file a proof of service by no later than 7/14/2023. Court Reporter: Marea Woolrich. (gk) (Entered: 07/07/2023) |
| 07/07/2023 | 307 | MINUTES (IN CHAMBERS) ORDER GRANTING MOTIONS TO WITHDRAW by Judge Dolly M. Gee: The Motions to Withdraw 285 , 299 are GRANTED, provided movant counsel timely file the proof of service described in this Order. The Court ORDERS movant counsel (both counsel from Nixon Peabody and counsel from Gallagher Krich APC and Schlam Stone and Dolan LLP) to serve this Order on BT Supplies and thereafter file a proof of service by 7/14/2023. BT Supplies is advised that it cannot proceed pro se. Accordingly, unless BT Supplies retains counsel who enter an appearance on its behalf, it will not be able to litigate this action. The Court VACATES the 8/4/2023 hearing date on the Nixon Peabody motion. Court Reporter: Not Reported. (gk) (Entered: 07/07/2023) |
| 07/10/2023 | 308 | PROOF OF SERVICE filed by Defendant Ruben Azrak, BT Supplies West, Inc., Sammy Cohen, Lifeguard Licensing Corp., Steven Odzer, re Minutes of In Chambers Order/Directive - no proceeding held,, 307 served on July 10, 2023. (Krich, Troy) (Entered: 07/10/2023) |
| 07/10/2023 | 309 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Request for Approval of Substitution or Withdrawal filed 7/5/2023 304 by Judge Dolly M. Gee. The document is stricken. (gk) (Entered: 07/10/2023) |
| 07/11/2023 | 310 | PROOF OF SERVICE filed by Defendant BT Supplies West, Inc., *re Civil Minutes - General Dated July 7, 2023* served on July 11, 2023. (Assia, Jonathan) (Entered: 07/11/2023) |
| 08/02/2023 | 311 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 221 filed by BT Supplies West, Inc.. CCA # 22-56180. On June 20, 2023, this court granted a motion to withdraw by appellant's prior counsel and ordered that new counsel must file a notice of appearance within 28 days of the order. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, new counsel has not appeared on behalf of appellant. Accordingly, this appeal is dismissed for failure to prosecute. See 9th Cir. R. 42-1. This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court. (mat) (Entered: 08/02/2023) |

Exhibit 2_ page 12