MARTIN L. WELSH, ESQ.
Nevada State Bar No. 008720
MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
E-Mail: m.mchenry@lvlaw.com; mwelsh@lvlaw.com

*Attorneys for Defendant*
*BT Supplies West, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Virgin Scent, Inc., | Case Number: 2:23-cv-00308-JCM-VCF |
| Plaintiff, | |
| v. | |
| BT Supplies West, Inc., | |
| Defendant. | |

**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO QUASH WRIT OF EXECUTION**

IT IS HEREBY STIPULATED AND AGREED by and between Megan K. McHenry, Esq., counsel for Defendant, BT Supplies West, Inc. and Brittney Lehtinen, Esq., counsel for Plaintiff, Iron Rock Ventures, LLC, Successor in Interest to Claims of Virgin Scent, Inc., that the hearing on Defendant's Motion to Quash Writ of Execution [DE #25] currently scheduled for December 20, 2023 [DE #30], be continued to December 26, 2023 or to a date and time thereafter before the end of the year, at the convenience of the Court.  The reason for the continuance is Defendant's counsel, Megan K. McHenry, Esq., will be out of state from December 16, 2023 through December 23, 2023.

/ / /

/ / /

1  Dated this 11th day of December, 2023.

2

3  Submitted by:

4  */s/ Megan K. McHenry*
MEGAN K. MCHENRY, ESQ.
5  Nevada Bar No. 9119
LAW OFFICE OF HAYES & WELSH
6  199 N. Arroyo Grande Blvd., Ste. 200
Henderson, Nevada 89074
7  *Attorneys for Defendant*
*BT Supplies West, Inc.*
8

9  */s/ Brittney Lehtinen*
BRITTNEY LEHTINEN, ESQ.
10 Nevada Bar No. 15949
KAEMPFER CROWELL
11 1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
12 *Attorneys for Plaintiff, Iron Rock Ventures, LLC,*
*Successor in Interest to Claims of Virgin Scent, Inc.*
13

14

15     IT IS HEREBY ORDERED that the hearing scheduled for December 20, 2023, is
RESCHEDULED to in-person at 1:00 PM, December 27, 2023, in Courtroom 3D, before
16 Judge Cam Ferenbach.

17

18                                         IT IS SO ORDERED.

19

20                                         _____
                                           Cam Ferenbach
21                                         United States Magistrate Judge

22                                              DATED  12-11-2023
                                                      _____

23

Page 2 of 2

# Megan McHenry

| | |
|---|---|
| **From:** | Brittney Lehtinen <BLehtinen@kcnvlaw.com> |
| **Sent:** | Monday, December 11, 2023 11:43 AM |
| **To:** | Megan McHenry |
| **Cc:** | Jennifer Martinez |
| **Subject:** | RE: Virgin Scent, Inc. v. BT Supplies West, Inc. |

Looks good.  You may add my e-signature.  Thank you, Megan!



Brittney A. Lehtinen
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: blehtinen@kcnvlaw.com

|  BIO  |  WEBSITE  |  VCARD  |



 Please consider the environment before printing this email

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (702) 792-7000.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Megan McHenry <m.mchenry@lvlaw.com>
**Sent:** Monday, December 11, 2023 11:42 AM
**To:** Brittney Lehtinen <BLehtinen@kcnvlaw.com>