KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Iron Rock Ventures, LLC,
Successor In Interest to Claims of Virgin Scent, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BT SUPPLIES WEST, INC.,<br><br>Defendant. | Case No. 2:23-cv-00308-JCM-VCF<br><br>**NOTICE OF FILING AMENDED APPLICATION FOR FOREIGN JUDGMENT AND SECOND AMENDED AFFIDAVIT OF JUDGMENT CREDITOR'S COUNSEL** |

PLEASE TAKE NOTICE pursuant to NRS 17.360 that an Amended Application for Foreign Judgment and Exemplified Certificate was filed on February 23, 2024 as Dkt. #35 and a Second Amended Affidavit of Judgment Creditor's Counsel was filed on February 23, 2024 at Dkt. #36. A true and correct copy of the Amended Application of Foreign Judgment and Exemplified Certificate is attached as Exhibit 1 and a copy of the Second Amended Affidavit of Judgment Creditor's Counsel is attached as Exhibit 2.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: Friday, February 23, 2024 | KAEMPFER CROWELL |
| 3 | | |
| 4 | | Louis M. Bubala III, No. 8974 |
| | | Brittney Lehtinen, No. 15949 |
| 5 | | |
| 6 | | Attorneys for Iron Rock Ventures, LLC. |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Friday, February 23, 2024, the forging **NOTICE OF FILING AMENDED APPLICATION FOR FOREIGN JUDGMENT** was filed and served as indicated below.

  X   **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com, m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Friday, February 23, 2024

By: _____
Desiree Endres
An Employee of KAEMPFER CROWELL