# EXHIBIT 1

Amended Application for Foreign Judgment
ECF No. 35

| | |
|---|---|
| 1 | KAEMPFER CROWELL |
|   | Louis M. Bubala III, No. 8974 |
| 2 | 50 W. Liberty Street, Suite 700 |
|   | Reno, Nevada  89501 |
| 3 | Telephone:  (775) 852-3900 |
|   | Facsimile:   (775) 327-2011 |
| 4 | E-Mail: lbubala@kcnvlaw.com |

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile:  (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Iron Rock Ventures, LLC,
Successor In Interest to Claims of Virgin Scent, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| VIRGIN SCENT, INC., | Case No. 2:23-cv-00308-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED APPLICATION FOR FOREIGN JUDGMENT** |
| BT SUPPLIES WEST, INC., | |
| Defendant. | |

Plaintiff/Judgment Creditor Virgin Scent, Inc. by its successor in interest Iron Rock Ventures, LLC files this Amended Application for Foreign Judgment pursuant to NRS 17.350 and registers an exemplified copy of the following judgment:

1. The June 30, 2023 Second Amended Judgment from the United States District Court, Central District of California in Case No. 2:21-cv-00184-DMG-AS, in favor of

1  Plaintiff/Judgment Creditor, Virgin Scent, Inc., and against Defendant, BT Supplies West, Inc., in

2  the amount of $17,620,000.00.  An exemplified copy of the judgment is attached as Exhibit 1.

3          I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: Friday, February 23, 2024          KAEMPFER CROWELL

5

6                                                           Louis M. Bubala III, No. 8974
                                                        Brittney Lehtinen, No. 15949

7

8                                             Attorneys for Iron Rock Ventures, LLC.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Friday, February 23, 2024, the forging **AMENDED APPLICATION FOR FOREIGN JUDGMENT** was filed and served as indicated below.

__X__ **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com, m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Friday, February 23, 2024

By: _____
Desiree Endres
An Employee of KAEMPFER CROWELL

# EXHIBIT 1

## Exemplified Copy of Judgment
June 20, 2023

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Virgin Scent, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-00184-DMG-AS |
| v. | |
| BT Supplies West, Inc., et al | EXEMPLIFIED CERTIFICATE |
| DEFENDANT(S) | |

I, Brian D. Karth, Clerk of the United States District Court, Central District of California, do hereby certify that the annexed is a full, true and correct copy of the original   SECOND AMENDED JUDGMENT

in the above entitled case, on file in my office.

WITNESS my hand and seal of said Court this ___1st___ day of ___February___.

_____
Brian D. Karth, Clerk of Court

By: _____
Deputy Clerk

**AGASSI SHADKAMYAN**

I hereby certify that the foregoing certificate of the Clerk of the United States District Court, Central District of California, is in due form and that the signature attached hereto is the true signature of the Clerk of said Court.

February 1st, 2024
Date

MICHAEL R. WILNER
United States Magistrate Judge

I, Brian D. Karth, Clerk of the United States District Court, Central District of California, do hereby certify that the Honorable ___Michael R. Wilner___ is, upon the date hereof, a U.S. Magistrate Judge of said Court and that the signature to the above certificate is the true signature of said Magistrate Judge.

WITNESS my hand and seal of said Court this ___1st___ day of ___February___.

_____
Brian D. Karth, Clerk of Court

By: _____
Deputy Clerk

**AGASSI SHADKAMYAN**

G-07 (1/24)    EXEMPLIFIED CERTIFICATE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIN SCENT, INC., dba ART NATURALS, a California corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>BT SUPPLIES WEST, INC., a Nevada corporation,<br><br>                  Defendant.<br>---<br>BT SUPPLIES WEST, INC., a Nevada corporation,<br><br>                  Counterclaimant,<br><br>    v.<br><br>VIRGIN SCENT, INC., dba ART NATURALS, a California corporation,<br><br>Counterdefendant. | Case No. CV 21-184-DMG (ASx)<br><br>**SECOND AMENDED JUDGMENT** |

-1-

     Pursuant to the Court's Order, filed June 30, 2023, granting in part Plaintiff Virgin Scent, Inc.'s motion to amend the judgment [Doc. # 282],

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,620,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc.

**IT IS SO ORDERED.**

DATED: June 30, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE