# EXHIBIT 2

Second Amended Affidavit of Judgment Creditor's Counsel

ECF No. 36

KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  (775) 852-3900
Facsimile:   (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:   (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Virgin Scent, Inc.,
by its successor in interest,
Iron Rock Ventures, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC., <br><br>Plaintiff,<br><br>vs.<br><br>BT SUPPLIES WEST, INC.,<br><br>Defendant. | Case No. 2:23-cv-00308-JCM-VCF<br><br>**SECOND AMENDED AFFIDAVIT OF JUDGMENT CREDITOR'S COUNSEL** |

I, Brittney A. Lehtinen, state and declare as follows to the best of my knowledge:

1. I represent plaintiff Virgin Scent, Inc. by its successor in interest, Iron Rock Ventures, LLC as their Nevada counsel.

2. On June 30, 2023, Plaintiff obtained a Second Amended Judgment on the Verdict (the "Judgment") against defendant BT Supplies West, Inc. for an amount totaling $17,620,000.00 as shown on the Judgment, which does not include applicable interest.  An Amended Application

of Foreign Judgment and Exemplified Certificate of the Judgment was filed with the Court on February 23, 2024 as Dkt. #35.

3. The name and last known addresses of the judgment debtor are as follows:

BT Supplies West, Inc.
Attn: Ruben Azrak
12030 Bermuda Rd., Ste. 120
Henderson, NV 89052

BT Supplies West, Inc.
451 Mirror Ct., Ste. 103
Henderson, NV 89011

BT Supplies West, Inc.
c/o The Law Office of Hayes & Welsh
Attn: Megan K.M. McHenry and/or Martin L. Welsh
199 North Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074

BT Supplies West, Inc.
60-15 Little Neck Pkwy.
Little Neck, NY 11362

4. The name and last known address of the judgment creditor is:

Virgin Scent, Inc. through its successor in interest, Iron Rock Ventures, LLC
5 Pine Cone Road, Ste. 205
Dayton, NV 89403

Virgin Scent, Inc. through its successor in interest, Iron Rock Ventures, LLC
c/o Kaempfer Crowell
1980 Festival Plaza Dr., Ste. 650
Las Vegas, NV 89135

Virgin Scent, Inc. through its successor in interest, Iron Rock Ventures, LLC
c/o CMC Law Group, LLC
8690 S. Maryland Pkwy., Ste. 220
Las Vegas, NV 89123

5. The foreign judgment is valid and enforceable.

6. As of February 23, 2024, $0.00 (zero) of the foreign judgment has been satisfied.

1          7. I declare under penalty of perjury under the laws of the State of Nevada and the

2 United States of America that the forgoing is true and correct.

3 DATED February 23, 2024.

4

5 _____
Brittney A. Lehtinen, Declarant

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Friday, February 23, 2024, the forgoing **SECOND AMENDED AFFIDAVIT OF JUDGMENT CREDITOR'S COUNSEL** was filed and served as indicated below.

__X__ **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com, m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

__X__ **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**: first class postage prepaid, to the individuals and/or entities at their addresses as set forth below:

Megan K.M. McHenry
Martin L. Welsh
The Law Office of Hayes & Welsh
199 North Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074
Defendant BT SUPPLIES WEST, INC.

BT Supplies West, Inc.
Attn: Ruben Azrak
12030 Bermuda Rd., Ste. 120
Henderson, NV 89052

BT Supplies West, Inc.
451 Mirror Ct., Ste. 103
Henderson, NV 89011

BT Supplies West, Inc.
c/o Rogich Law Firm PLLC
Attn: Lori C. Rogich
11920 Southern Highlands Pkwy., Ste. 301
Las Vegas, NV 89141

BT Supplies West, Inc.
6015 Little Neck Pkwy.
Little Neck, NY 11362

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Friday, February 23, 2024

By: _____
Desiree Endres
An Employee of KAEMPFER CROWELL