KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:   (702) 7967181
E-Mail: blehtinen@kcnvlaw.com

Attorneys for Iron Rock Ventures, LLC,
Successor In Interest to Claims of Virgin Scent, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN SCENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BT SUPPLIES WEST, INC., <br><br> Defendant. | Case No. 2:23-cv-00308-JCM-VCF <br><br> **NOTICE OF WITHDRAWAL OF AMENDED APPLICATION FOR FOREIGN JUDGMENT AND RELATED PAPERS [DKT. 35-37]** |

      Iron Rock Ventures, LLC, as holder of Virgin Scent, Inc.'s judgment against BT Supplies West, Inc., files this notice to withdraw its papers seeking to register a foreign judgment:

      1.  Amended Application for Foreign Judgment (Dkt. 35, filed Feb. 23, 2024)

      2.  Second Amended Affidavit of Judgment Creditor's Counsel (Dkt. 36, filed Feb. 23, 2024)

3. Notice of Filing Amended Application for Foreign Judgment and Second Amended Affidavit of Judgment Creditor's Counsel (Dkt. 37, filed Feb. 23, 2024)

The Amended Application was filed in error based on misunderstandings of the federal procedure to register foreign judgments under 28 U.S.C. § 1963. Additionally, the Amended Application was filed under the docket category of "Notice," and the clerk of the court changed the category to "Motion" on April 9, 2024, after inquiry from undersigned counsel. No response has been filed or received since the filing of the papers as a notice or since the change of category to a motion.

Counsel learned of the overall misunderstanding of the federal procedure following that change. Counsel apologizes for the mistaken filing, whether as a notice or motion, and hereby withdraws the papers identified above. Iron Rock is preparing new papers in compliance with the federal procedure and will file them when they are complete.

Dated: Monday, April 15, 2024                    KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
Louis M. Bubala III, No. 8974
Brittney Lehtinen, No. 15949

Attorneys for Iron Rock Ventures, LLC.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Monday, April 15, 2024, the forging **NOTICE OF WITHDRAWAL OF AMENDED APPLICAION FOR FOREIGN JUDGMENT AND RELATED PAPERS [DKT. 35-37]** was filed and served as indicated below.

  X   **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresspes as set forth below:

MARTIN L. WELSH on behalf of Defendant BT SUPPLIES WEST, INC.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com, m.mchenry@lvlaw.com

MEGAN K.M. MCHENRY on behalf of Defendant BT SUPPLIES WEST, INC.
m.mayry@lvlaw.com, l.finchio@nevlaw.com, mwelsh@lvlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Monday, April 15, 2024

By: */s/ Louis M. Bubala III*
Louis M. Bubala III
An Employee of KAEMPFER CROWELL